1

2

3

4

5                          UNITED STATES DISTRICT COURT

6                          EASTERN DISTRICT OF CALIFORNIA

7

8   SEABOARD INTERNATIONAL                    CASE NO. CV F 13-00281 LJO SKO
    INC.,

9                    Plaintiff,              **ORDER FOR JOINT STATEMENT ON
                                             REASSIGNMENT OF U.S. DISTRICT
10      vs.                                  JUDGE**
                                             (Doc. 5.)
11

12  CAMERON INTERNATIONAL
    CORPORATION,

13                   Defendants.
    _____/
14  _____

15

16          Plaintiff's counsel filed a notice that his action is related to the action entitled *Duhn Oil Tool,*

17  *Inc. v. Cooper Cameron Corp.*, Case No. CV F 05-1411 MLH GSA.   Since *Duhn Oil* remains

18  assigned to U.S. District Judge Marilyn Huff, reassignment of this action to U.S. District Judge Huff

19  may be in order.   As such, this Court ORDERS the parties, no later than April 5, 2013, to file a joint

20  statement to address whether this action should be reassigned to U.S. District Judge Huff.   This Court

21  FURTHER ORDERS plaintiff to serve a copy of this order on defendant.

22

23

24
    IT IS SO ORDERED.
25

26    Dated:    **February 28, 2013**            **/s/ Lawrence J. O'Neill**
                                             UNITED STATES DISTRICT JUDGE
27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28