# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| SEABOARD INTERNATIONAL, INC., <br><br>    Plaintiff-Counterdefendant, <br>vs. <br>CAMERON INTERNATIONAL CORP., <br><br>    Defendant-Counterclaimant. | CASE NO. 1:13-CV-00281-MLH-SKO <br><br>**CASE MANAGEMENT ORDER** |

On February 26, 2013, Plaintiff Seaboard International, Inc. ("Seaboard") filed a complaint against Defendant Cameron International Corp. ("Cameron"), alleging infringement of U.S. Patent No. 8,333,237. (Doc. No. 1.) On April 9, 2013, Cameron filed its answer and counterclaims to Seaboard's complaint. (Doc. No. 17.) An initial scheduling conference is currently scheduled for **May 30, 2013** at **9:30 a.m.** before Magistrate Judge Sheila K. Oberto. (Doc. No. 4.)

In effort to streamline and efficiently manage the case and its deadlines, the Court orders the parties to follow the deadlines and procedures for infringement contentions, invalidity contentions, and claim construction set forth in the Patent Local Rules for the Southern District of California, absent further order from the Court. The Court will hold a claim construction hearing approximately nine months from the date Cameron's

1 answer was filed with the exact hearing date and time to be provided by the Magistrate
2 Judge. The Court sets a trial date approximately eighteen months from the date the
3 complaint was filed with the exact date to be provided by the Magistrate Judge.
4     **IT IS SO ORDERED**.
5 DATED: April 17, 2013

*[signature]*
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT