| | |
|---|---|
| 1 | Laura A. Wytsma (State Bar No. 189527) |
|   | lwytsma@loeb.com |
| 2 | Meredith J. Siller (State Bar No. 278293) |
|   | msiller@loeb.com |
| 3 | LOEB & LOEB LLP |
|   | 10100 Santa Monica Blvd., Suite 2200 |
| 4 | Los Angeles, CA  90067 |
|   | Telephone:  (310) 282-2000 |
| 5 | |
| 6 | Jordan A. Sigale (admitted pro hac vice) |
|   | jsigale@loeb.com |
| 7 | LOEB & LOEB LLP |
|   | 321 North Clark Street |
| 8 | Chicago, Illinois 60654 |
|   | Telephone: (312) 464-3100 |
| 9 | Joseph E. Thomas (State Bar No. 101443) |
|   | jthomas@twtlaw.com |
| 10 | William J. Kolegraff (State Bar No. 183861) |
|   | bkolegraff@twtlaw.com |
| 11 | THOMAS WHITELAW LLP |
|   | 18101 Von Karman Ave., Suite 230 |
| 12 | Irvine, CA  92612 |
|   | Telephone:  (949) 679-6400 |
| 13 | |
| 14 | Attorneys for Plaintiff |
|    | Seaboard International, Inc. |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEABOARD INTERNATIONAL, INC., | Case No. 1:13-CV-00281-MLH-SKO |
| Plaintiff, | The Honorable Marilyn L. Huff |
| v. | NOTICE OF MOTION TO STRIKE DEFENSES AND DISMISS COUNTERCLAIMS |
| CAMERON INTERNATIONAL CORPORATION, | |
| Defendant. | Date: July 22, 2013 |
| | Time: 10:30 a.m. |
| | Ctrm: Courtroom 15A |
| | 333 West Broadway, Suite 1510 |
| | San Diego, CA 92101 |

NOTICE OF MOTION

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on July 22, 2013, at 10:30 a.m., or as soon thereafter as counsel may be heard, in Courtroom 15A of the United States District Court for the Southern District of California at 333 West Broadway, Suite 1510, San Diego, CA 92101, plaintiff Seaboard International, Inc. will and hereby does move the Court to strike Cameron International Corporation's defenses and dismiss its counterclaims. Seaboard moves to strike certain defenses and dismiss its counterclaims on the following grounds:

(1)   Cameron's patent misuse defense and counterclaim should be stricken and dismissed with prejudice because it is based on conduct that falls outside the patent misuse doctrine and is privileged. Moreover, Cameron fails to allege competitive injury.

(2)   Cameron has not shown an attempt to delay the patent prosecution process; therefore its prosecution laches defense should be stricken.

(3)   Cameron's affirmative defense of equitable estoppel should be stricken because it is not plead with the requisite particularity under Federal Rule of Civil Procedure 9(b). Moreover, Cameron has failed to allege that Seaboard knowingly abandoned rights under the '237 patent; that Cameron knew of the '237 patent when it allegedly acted to its prejudice; that there was any misleading conduct; or any reasonable reliance that it would not be sued on future issued patents.

(4)   Cameron's inequitable conduct claims regarding nondisclosure of material information and burying of material information should be stricken. Cameron's conclusory nondisclosure allegations fail to state a claim for inequitable conduct. Moreover, Cameron's "burying" theory of inequitable conduct fails in that burying does not constitute inequitable conduct; that Cameron has not identified who committed the inequitable conduct; that Seaboard did not "bury" any information; and that Seaboard's request for prioritized examination does not evidence an intent to deceive.

(5)   Cameron's declaratory judgment claim challenging the enforceability of the six unasserted patents should be dismissed for lack of jurisdiction because there is no case or controversy regarding the unasserted patents. Additionally, Cameron's allegations

1  NOTICE OF MOTION

regarding a failure to disclose material information; the payment of a small entity fee; and alleging delayed disclosure of the '925 patent action do not state a claim for inequitable conduct.

The Motion is based on this Notice of Motion and Motion to Strike Defenses and Dismiss Counterclaims; the Memorandum of Points and Authorities in support thereof; Seaboard's Request for Judicial Notice; all other pleadings and papers on file in this action; and such other matters as may be presented by counsel at or before the hearing on this motion.

Dated: June 20, 2013

LOEB & LOEB LLP
LAURA A. WYTSMA

THOMAS WHITELAW LLP
JOSEPH E. THOMAS
WILLIAM J. KOLEGRAFF


By:   /s/ Laura A. Wytsma
        Laura A. Wytsma
       Attorneys for Plaintiff
SEABOARD INTERNATIONAL, INC.

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing document has been served on all counsel of record via the Court's Case Management/Electronic Case Filing and/or electronic mail on June 20, 2013.

By:   */s/ Laura A. Wytsma*
       Laura A. Wytsma