# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| SEABOARD INTERNATIONAL, INC., | CASE NO. 1:13-CV-00281-MLH-SKO |
| Plaintiff-Counterdefendant, | **ORDER CONTINUING HEARING ON MOTION TO DISMISS** |
| vs. | |
| CAMERON INTERNATIONAL CORP., | |
| Defendant-Counterclaimant. | |

On June 20, 2013, Plaintiff Seaboard International, Inc. ("Seaboard") filed a partial motion to strike and motion to dismiss Defendant Cameron International Corp.'s counterclaims and affirmative defenses.  (Doc. No. 37.)  The Court continues the hearing on Plaintiff's motion from July 22, 2013 to **Friday, July 26, 2013** at **2:00 p.m.** The hearing will be telephonic, and the Court will initiate the telephone call.  Counsel for the parties must provide chambers with the appropriate telephone number(s) the day before the hearing.

**IT IS SO ORDERED**.

DATED:  July 15, 2013

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT