# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| SEABOARD INTERNATIONAL, INC., | CASE NO. 1:13-CV-00281-MLH-SKO |
| Plaintiff-Counterdefendant, | **ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE** |
| vs. | |
| CAMERON INTERNATIONAL CORP., | |
| Defendant-Counterclaimant. | |

A scheduling conference is currently set for August 28, 2013 at 10:30 a.m. before Magistrate Judge Oberto.  (Doc. No. 40.)  The Court reschedules the scheduling conference for **Wednesday, August 21, 2013** at **2:00 p.m.**[1] before Judge Huff.  The scheduling conference will be telephonic, and the Court will initiate the telephone call. Counsel for the parties must provide chambers with the appropriate telephone number(s) the day before the hearing.

**IT IS SO ORDERED**.

DATED:  July 29, 2013

_____

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

---

[1] The Court will issue a proposed scheduling order prior to the conference.