1

2

3

4

5

6

7

8            **UNITED STATES DISTRICT COURT**

9    **EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

10

11   SEABOARD INTERNATIONAL,                CASE NO. 1:13-CV-00281-MLH-
     INC.,                                  SKO; 1:05-CV-01411-MLH-GSA

12
             Plaintiff-Counterdefendant,

13       vs.                                **ORDER CONTINUING
                                            HEARING DATE AND**
14   CAMERON INTERNATIONAL                  **SCHEDULING ORDER**
     CORP.,
15
             Defendant-Counterclaimant.
16

17   AND RELATED CASE

18       On September 26, 2013, the Court held a telephonic status conference in this

19   case and a related case <u>Duhn Oil Tool, Inc. v. Cameron International Corp.</u>, 1:05-cv-

20   01411. Laura Wytsma and Meredith Siller appeared for Plaintiff Seaboard

21   International, Inc. Charles Rogers appeared for Defendant Cameron International Corp.

22   The parties sought direction from the Court about how to exonerate the appeal bond

23   in the related case. (Case No. 1:05-cv-01411,  Doc. No. 814.) If the parties seek to

24   exonerate the appeal bond, they are to file a joint motion or joint stipulation to

25   exonerate the bond and release the surety.

26       There is currently a hearing regarding Plaintiff's motion to strike defenses and

27   dismiss counterclaims set for Monday, October 21, 2013, at 10:30 a.m. (Case No. 1:13-

28   CV-00281-MLH-SKO, Doc. No. 51.) The Court, for good cause shown, continues the

1 hearing to Thursday, November 21, 2013 at 10 a.m. without prejudice to further

2 continuance and orders the hearing to be held telephonically. Furthermore, the Court,

3 for good cause shown, continues all upcoming dates in the August 23, 2013 scheduling

4 order by thirty (30) days, without prejudice to further continuance. (Case No. 1:13-CV-

5 00281-MLH-SKO, Doc. No. 50.) The Court will publish an updated scheduling order

6 reflecting these changes.

7     **IT IS SO ORDERED**.

8 DATED: September 26, 2013

9

10         MARILYN L. HUFF, District Judge
        UNITED STATES DISTRICT COURT

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28