UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| SEABOARD INTERNATIONAL, INC., | Case No. 1:13-cv-00281-MLH-SKO |
| Plaintiff/Counterclaim-Defendant, | **ORDER GRANTING CAMERON'S UNOPPOSED MOTION TO CONTINUE HEARING DATE** |
| vs. | |
| CAMERON INTERNATIONAL CORP., | **[Doc. No. 56.]** |
| Defendant/Counterclaim-Plaintiff. | |

On November 18, 2013, Defendant Cameron International Corporation ("Cameron") filed an unopposed Motion requesting a four-week continuance on the hearing regarding Plaintiff's motion to strike defenses and dismiss counterclaims. (Doc. No. 56.) The hearing is currently set for Thursday, November 21, 2013 at 10:30 a.m. (Doc. No. 53.) The parties assert that they are close to finalizing the settlement agreement. (Doc. No. 56.) The Court, for good cause shown, vacates the hearing set for November 21 and resets the hearing for Thursday, December 19, 2013, at 10:30 a.m. by telephonic conference.

**IT IS SO ORDERED.**

**Dated:** November 18, 2013

_____
MARILYN L. HUFF, United States District Judge
UNITED STATES DISTRICT COURT