# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| SEABOARD INTERNATIONAL, INC.,<br><br>　　　　Plaintiff-Counterdefendant,<br><br>　vs.<br><br>CAMERON INTERNATIONAL CORP.,<br><br>　　　　Defendant-Counterclaimant. | CASE NO. 1:13-CV-00281-MLH-SKO; 1:05-CV-01411-MLH-GSA<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE** |
| AND RELATED CASE | |

On December 19, 2013 the Court held a telephonic status conference and motion hearing. (Doc. No. 59.) On December 19, 2013, the parties filed a joint motion to dismiss all claims and counterclaims with prejudice pursuant to a settlement agreement dated December 13, 2013. (Doc. No. 58.)

///
///
///
///
///
///
///
///

1 For good cause shown, the Court grants the joint motion and dismisses all claims
2 and counterclaims in this action with prejudice. Fed. R. Civ. P. 41(a).

3 The Court further orders:

4 1. Each party is to bear their own costs, expenses, and attorneys' fees.
5 2. The Court retains jurisdiction over issues related to the December 13,
6 2013 settlement agreement, U.S. Patent No. 8,333,237, and U.S. Patent
7 No. 6,920,925.
8 3. All pending motions are denied as moot.
9 4. The Court directs the clerk to close this case.

10 **IT IS SO ORDERED**.

11 DATED: December 20, 2013

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT